ORIGINAL



FILED

10/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0599

# IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0599
_____

FLOYD THOMAS WING,

     Petitioner,

v.

JIM SALMONSEN, WARDEN,
MONTANA STATE PRISON,

     Respondent.

FILED

OCT 25 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

_____

Representing himself, Floyd Thomas Wing petitions this Court for habeas corpus relief, contending that he should not be required to register as a sexual offender, following his 1992 conviction, because of the change in the law. *See State v. Hinman*, 2023 MT 116, 412 Mont. 434, 530 P.3d 1271. Upon review, we deem it appropriate to require a response to his Petition. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Floyd Thomas Wing, Jr. personally.

DATED this 25th day of October, 2024.

_____
Justice